**FILED**
CLERK, U.S. DISTRICT COURT

**10/11/2022**

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ VAV _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2022 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR  2:22-cr-00469-AB |
| Plaintiff, | I N D I C T M E N T |
| v. | [21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii): Distribution of Methamphetamine] |
| ROHCLEM ERIC YADAO, | |
| Defendant. | |

The Grand Jury charges:

[21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii)]

On or about November 21, 2019, in Santa Barbara County, within the Central District of California, defendant ROHCLEM ERIC YADAO knowingly and intentionally distributed at least fifty grams, that

//

//

//

//

//

1   is, approximately 102.2 grams, of methamphetamine, a Schedule II

2   controlled substance.

A TRUE BILL

_____/S/_____
Foreperson

E. MARTIN ESTRADA
United States Attorney

*Christina Shay for SMG*

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

MACK E. JENKINS
Assistant United States Attorney
Chief, Public Corruption and
Civil Rights Section

LINDSEY GREER DOTSON
Assistant United States Attorney
Deputy Chief, Public Corruption
and Civil Rights Section

J. JAMARI BUXTON
Assistant United States Attorney
Public Corruption and Civil
Rights Section