E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
J. JAMARI BUXTON (Cal Bar No. 342364)
MATT COE-ODESS (Cal. Bar No. 313082)
Assistant United States Attorney
Public Corruption and Civil Rights/General Crimes Sections
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3519/8957
    Facsimile: (213) 894-0141
    Email:    jamari.buxton@usdoj.gov
              matt.coe@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 22-cr-00469-AB |
|---|---|
| Plaintiff, | JOIN<u>T PROPOSED STATEMENT OF THE CASE</u> |
| v. | |
| ROHCLEM ERIC YADAO, | Trial Date: July 8, 2024<br>Trial Time: 8:30 a.m.<br>Location: Courtroom of the Hon. André Birotte Jr. |
| Defendant. | |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Jamari Buxton and Matt Coe-Odess, and defendant Rohclem Eric Yadao, both individually and by and through his attorneys of record, Adam Olin and Shannon Coit, hereby submit the parties' Joint Proposed Statement of the Case.

```
Dated: July 5, 2024              Respectfully submitted,

                                 E. MARTIN ESTRADA
                                 United States Attorney

                                 MACK E. JENKINS
                                 Assistant United States Attorney
                                 Chief, Criminal Division


                                   /s/
                                 J. JAMARI BUXTON
                                 MATT COE-ODESS
                                 Assistant United States Attorneys

                                 Attorneys for Plaintiff
                                 UNITED STATES OF AMERICA



Dated: July 5, 2024              /s/ with email authorization
                                 ADAM OLIN
                                 SHANNON COIT
                                 Attorneys for Defendant
                                 ROHCLEM ERIC YADAO
```

**JOINT PROPOSED STATEMENT OF THE CASE**

The United States has charged defendant Rohclem Eric Yadao with knowingly and intentionally distributing at least 50 grams of methamphetamine.

Specifically, the government alleges that on November 21, 2019, the defendant sold approximately 102.2 grams of actual methamphetamine to an FBI confidential informant during a drug transaction at defendant's home in Santa Maria, California.

Defendant has entered a plea of not guilty and asserts the government entrapped him.