# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ROHCLEM ERIC YADAO,<br><br>  Defendant. | Case No. 2:22-CR-469-AB<br><br>[PROPOSED] ORDER TO CONTINUE SENTENCING HEARING |

The Stipulation to Continue Sentencing Hearing is GRANTED. Sentencing is hereby continued from October 11, 2024, to **January 10, 2025, at 1:30 p.m.**

IT IS SO ORDERED.

Dated: October 3, 2024        By: _____
                                  HON. ANDRE BIROTTÉ JR.
                                  United States District Judge